The People of the State of New York ex rel. Herman Rothenberg, Appellant, *v.* Lewis E. Lawes, as Warden of Sing Sing Prison, Respondent.

(Submitted June 21, 1932; decided July 19, 1932.)

*Arthur W. Fried* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for respondent.

Appeal dismissed on the ground the appeal was taken without leave and no constitutional question is involved; no opinion.   (See 260 N. Y. 566.)

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.